304 U.S. 576
 58 S.Ct. 1046
 82 L.Ed. 1540
 REMINGTON RAND, Inc., petitioner,
v.
NATIONAL LABOR RELATIONS BOARD.*
 No. 970.
 Supreme Court of the United States
 May 23, 1938
 
 Messrs. George H. Bond, of Syracuse, N. Y., and George H. Cohen, of Hartford, Conn., for petitioner.
 
 
 1
 For opinion below, see 94 F.2d 862.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.
 
 
 
 *
 Rehearing denied 304 .S. 590 , 58 S.Ct. 1054, 82 L.Ed. ——.